Max J. Belmont, Respondent, *v.* Charles Rubinger, Appellant, Impleaded with Another.

(Argued October 22, 1931; decided November 17, 1931.)

*Maurice Rubinger* and *Walter Underhill* for appellant. *Jack Lewis Kraus, II, Herbert Spencer Leman* and *Joel Ritz Parker* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Cardozo, Ch. J., Pound, Crane, Lehman, Kellogg, O'Brien and Hubbs, JJ.